In the Matter of the Claim of THE COMMISSIONER OF TAXATION AND FINANCE, Respondent, against JOHN BERGIN et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 4, 1933; decided October 24, 1933.)

*Leo F. Potts* and *Daniel Mungall* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: POUND, Ch. J.